JOHN T. DWANE, Appellant, *v.* EDWARD WEIL et al., Copartners under the Firm Name of ALPHONSE WEIL & BROS., Respondents.

*Contract — action by purchaser to recover amount paid for goods delivered by seller to carrier and lost in transit — when risk of loss assumed by purchaser.*

*Dwane* v. *Weil*, 199 App. Div. 719, affirmed.

(Argued January 17, 1923; decided February 2, 1923.)

APPEAL from a judgment, entered April 24, 1922, upon an order of the Appellate Division of the Supreme Court in the first judicial department reversing a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury and directing a dismissal of the complaint. This action is on an assigned claim of the E. C. Mills Leather Company, a Massachusetts corporation, and is predicated on a contract evidenced by a written confirmation by defendants under date of March 13, 1917, and a formal acceptance thereof by the assignor, for the sale of 18,000 green calfskins by defendants to the assignor and is brought to recover the purchase price paid by the assignor for part of the hides which were lost while in the possession of an ocean carrier after delivery to it at the port of Havre, France, and before it delivered the hides to the assignor at New York. The Appellate Division held that the agreement for the purchase and sale of the skins was intended as a strict c. i. f. contract by which the buyer assumed all risk of loss after delivery of the goods to the carrier.

*Dominic B. Griffin, Robert L. Redfield* and *M. A. Willment* for appellant.

*Henry B. Twombly, Frank Paine Reilly* and *Edward B. Twombly* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.